# United States Court of Appeals
## For the First Circuit

No. 11-1052

ANGEL LUIS FELICIANO-HERNÁNDEZ,

Plaintiff, Appellant,

v.

MIGUEL A. PEREIRA-CASTILLO, Former Secretary of the Department of Corrections and Rehabilitation and Director of Corrections of the Commonwealth of Puerto Rico, JANE DOE; CONJUGAL PARTNERSHIP PEREIRA-DOE; VÍCTOR M. RIVERA GONZÁLEZ, Former Secretary of the Department of Corrections and Rehabilitation and Director of Corrections for the Commonwealth of Puerto Rico; JANE DOE #2; CONJUGAL PARTNERSHIP RIVERA-DOE #2; ZOÉ M. LABOY-ALVARADO, Former Secretary of the Department of Corrections and Rehabilitation and Director of Corrections of the Commonwealth of Puerto Rico; JOHN DOE; CONJUGAL PARTNERSHIP DOE-LABOY; NYDIA M. COTTO-VIVES, Former Director of Corrections of the Commonwealth of Puerto Rico; JOHN DOE #2; CONJUGAL PARTNERSHIP DOE #2-COTTO; JOSEPH COLÓN-MORALES, Former Director of Corrections of the Commonwealth of Puerto Rico; JANE DOE #3; CONJUGAL PARTNERSHIP COLÓN-DOE #3; DEPARTMENT OF CORRECTIONS AND REHABILITATION FACILITIES SUPERINTENDENTS JOHN POE #1 THROUGH #5,

Defendants, Appellees.

**Errata Sheet**

The opinion of this Court issued on December 9, 2011, is amended as follows:

On page 23, line 16 of footnote 5 (carryover from page 22): "complain" is changed to "complaint".